# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3026

_____

| | | |
|---|---|---|
| Walter Edward Helgoth, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| Donna Williams; Jennifer Sache; Mike | * | |
| Curran; Dale Glass; Louise Phillips; | * | [UNPUBLISHED] |
| Gene Stubblefield; J. P. Smith, Major, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 20, 2003
Filed: February 25, 2003

_____

Before BYE, FAGG, and RILEY, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Walter Edward Helgoth appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against prison officials, arising out of the prison's decision to deny Helgoth certain magazines containing explicit sexual content. Having reviewed de novo the record and the parties' briefs, we agree with the district court's bases for granting summary

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

judgment.  See Liebe v. Norton, 157 F.3d 574, 578 (8th Cir. 1998) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.